UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WIRELESSWERX IP LLC,<br><br>       Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>       Defendant. | Case No.: 7:25-cv-00198-ADA<br><br>JURY TRIAL DEMANDED |

### VERIZON'S NOTICE OF NON-OPPOSITION TO ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (DKT. 15)

Pursuant to Local Rule CV-7(D)(2), Defendant Verizon Communications Inc. ("Verizon") submits this Notice of Non-Opposition to its Motion to Dismiss Plaintiff WirelessWerx IP LLC's ("WirelessWerx") First Amended Complaint (Dkt. 15) and requests that the Court grant the Motion as unopposed.

Verizon filed its Motion to Dismiss the First Amended Complaint on July 28, 2025, requesting dismissal with prejudice for failure to state a plausible infringement claim. *See* Dkt. 15. WirelessWerx's response brief was due on August 18, 2025, pursuant to an extension it sought and received a week earlier. *See* 8/14/25 Text Order Granting Unopposed Motion for Extension of Time to File Response/Reply. However, WirelessWerx did not file any response opposing the Motion by August 18, 2025. Instead, WirelessWerx filed a Second Amended Complaint (Dkt. 22), without Verizon's consent or the Court's leave, in violation of Fed. R. Civ. P. 15(a).[1] Because WirelessWerx

---

[1] WirelessWerx subsequently filed a Corrected Second Amended Complaint (Dkt. 23) to remove the following false statement: "This amended complaint is filed by agreement of the parties." *Compare* Dkt. 22 at 1, n.1 *with* Dkt. 23 at 1.

1

failed to timely oppose the Motion to Dismiss, Verizon asks the Court to grant the Motion as unopposed. *See* L.R. CV-7(D)(2) ("If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed.").

Dated: August 19, 2025                                              Respectfully submitted,

                                                                                    */s/ Geoffrey M. Godfrey*

*Of Counsel*:                                                           Geoffrey M. Godfrey (WA Bar #46876)
                                                                                    godfrey.geoff@dorsey.com
Deron R. Dacus (TX Bar #00790553)            DORSEY & WHITNEY LLP
ddacus@dacusfirm.com                                      701 Fifth Ave, Suite 6100
THE DACUS FIRM, P.C.                                      Seattle, WA 98104
821 ESE Loop 323, Suite 430                          (206) 903-8800 (telephone)
Tyler, TX 75701                                                    (206) 903-8820 (facsimile)
903.705.1117
Fax: 903.581.2543                                              *Counsel for Verizon Communications Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via electronic mail on August 19, 2025.

                                                                                    */s/ Geoffrey M. Godfrey*
                                                                                    Geoffrey M. Godfrey

2